**Slip Op. 11-108**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHANDONG RONGXIN IMPORT & EXPORT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **Before: Gregory W. Carman, Judge** <br><br> Court No. 09-00316 |

JUDGMENT

Upon consideration of the Final Results of Redetermination Pursuant to Remand issued on August 4, 2011 ("Second Remand Results"), the comments filed by Plaintiff urging the Court to sustain the Second Remand Results, Defendant's response thereto urging the same, and all other papers and opinions filed or issued in this case, and upon due deliberation, the Second Remand Results are hereby sustained, and judgment is entered for Defendant.

/s/ Gregory W. Carman
Gregory W. Carman, Judge

Dated:     August 30, 2011
           New York, NY